Priority ✓
Send
Enter
Closed
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT

MAR 27 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PAUL SANDERS,                         )   CASE NO. CV 06-1373-VAP (PJW)
                                      )
              Petitioner,             )
                                      )   ORDER ACCEPTING FINAL REPORT AND
        v.                            )   ADOPTING FINDINGS, CONCLUSIONS,
                                      )   AND RECOMMENDATIONS OF UNITED
LARRY SCRIBNER, WARDEN,               )   STATES MAGISTRATE JUDGE
                                      )
              Respondent.             )
_____)

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,
the records on file, and the Final Report and Recommendation of United
States Magistrate Judge and has considered *de novo* the portions of the
Report as to which objections have been filed.  The Court accepts the
Magistrate Judge's Report and adopts it as its own findings and
conclusions.

        DATED:   March 25, 2008.


                         _____
                         VIRGINIA A. PHILLIPS
                         UNITED STATES DISTRICT JUDGE


S:\PJW\Cases-State Habeas\SANDERS, P\Order accep r&r.wpd