FILED
CLERK, U.S. DISTRICT COURT

MAR 2 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PAUL SANDERS,                          )     Case No. CV 06-1373-VAP (PJW)
                                       )
            Petitioner,                )
                                       )     J U D G M E N T
       v.                              )
                                       )
LARRY SCRIBNER, WARDEN,                )
                                       )
            Respondent.                )
_____)

     Pursuant to the Order Adopting Findings, Conclusions, and
Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is denied and this action is
dismissed with prejudice.

     DATED:  _March 25, 2008_.


                         _____
                         VIRGINIA A. PHILLIPS
                         UNITED STATES DISTRICT JUDGE




S:\PJW\Cases-State Habeas\SANDERS, P\Judgment.wpd